IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MICHAEL TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-039 |
| | ) | |
| STUBBS PERDUE, ATTORNEYS AT LAW, | ) | |
| and CHRISTOPHER VENTERS, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Plaintiff filed this case in the Dublin Division even though the named defendants are located in Craven County, North Carolina, and the events in Plaintiff's complaint allegedly occurred in Craven County. (See doc. no. 1, pp. 2-3; doc. no. 1-1.) Therefore, the proper venue is the Eastern District of North Carolina. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Eastern District of North Carolina. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this _____ day of June, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

1